# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### DOCKET NO. 5:13-MJ-1240-1

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER CONTINUING SUPERVISION** |
| | ) | |
| vs. | ) | **AND SENTENCING** |
| | ) | |
| **Oudom Inthavong** | ) | |
| | ) | |

On January 7, 2014, Oudom Inthavong appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 2), was sentenced to a 12 month term of probation with a special condition that he serve 7 days in the custody of the Bureau of Prisons.

From evidence presented at the revocation hearing on May 6, 2015, the court finds as a fact that Oudom Inthavong, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued and extended until November 4, 2015, at which time a probation revocation status hearing will be held.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgement shall remain in full force and effect.

This the 6th day of May, 2015.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge